IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 6:19-cr-00239 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REQUEST** |
| **Kraig Aiken,** | ) | **FOR PROTECTION** |
| | ) | |
| Defendant. | ) | |

The undersigned counsel for Defendant respectfully requests protection from any court proceeding being scheduled in this matter for the following dates due to a planned family vacation:

March 5 - March 14, 2020

Respectfully Submitted,

s/William G. Yarborough
Attorney for the Defendant
308 W. Stone Avenue
Greenville, SC 29609
(864) 331-1612
Fed Bar 10271

Greenville, SC
January 10, 2020