# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| **United States of America,** ) | CASE NO.: 6:19-cr-239 |
| ) | |
| v. ) | |
| ) | **MOTION TO MODIFY BOND** |
| **KRAIG AIKEN,** ) | **CONDITIONS** |
| ) | |
| Defendant. ) | |

NOW COMES the Defendant, Kraig Aiken, by and through his undersigned counsel, William G. Yarborough III, and would respectfully move this Honorable Court to modify the conditions of his bond; specifically, for an order lifting all travel restrictions.

Counsel made a verbal request for the Defendant's travel restrictions to be lifted at his Plea Hearing on November 20, 2019, and with no objection from the AUSA Watkins, Honorable Judge McDonald granted this request. The Defendant's travel restrictions have not been lifted as of yet according to the probation office in California. Please allow this request to again lift all travel restrictions for the Defendant.

Counsel has also spoken Assistant United States Attorney, Bill Watkins, for his position on this motion. AUSA Watkins has no objections.

Therefore, based on the foregoing, the Defendant moves that this Honorable Court grant the relief requested herein.

Respectfully Submitted,

/s/ William G. Yarborough, III
William G. Yarborough, III # 05192
308 W. Stone Avenue,
Greenville, SC 29609
(864) 331-1612
Counsel for Defendant

February 11, 2020
Greenville, SC